1 | STEPHEN F. BIEGENZAHN (State Bar No. 60584)
2 | **LAW OFFICE OF STEPHEN F. BIEGENZAHN**
3 | 611 W. 6th St., Suite 850
  | Los Angeles, California 90017-3015
4 | Telephone: (213) 617-0017
  | Facsimile: (480) 247-5977
5 | Email: Steve@SFBLaw.com
6 | [Proposed] Counsel for Debtor
7 |
8 | **UNITED STATES BANKRUPTCY COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
10 | **LOS ANGELES DIVISION**

| In re | Case No.: 2:10-bk-55744-VZ |
|---|---|
| **GARTEL CORP.** California corporation, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL** |
| | Date: July 30, 2010 |
| | Time: 11:00 a.m. |
| | Ctrm: 1368 |

**TO PARTIES IN INTEREST IN THE SUBJECT MATTER OF THE REFERENCED MOTION; THEIR COUNSEL AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**NOTICE IS HEREBY GIVEN** that on November 30, 2010, commencing at 11:00 a.m., or as soon thereafter as counsel may be heard ("Hearing"), the Court will consider the Motion Seeking Authority To Use Cash Collateral ("Motion") previously filed by Gartel Corp**.** California corporation, debtor in possession in the above- captioned chapter 11 case ("Debtor" and "Case", respectively)

NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL

1

**NOTICE IS FURTHER GIVEN** that the Motion requests authorization to use cash collateral in the ordinary course of business, and encompasses the request of the Debtor and the Internal Revenue Service for approval of the parties' stipulation for use of cash collateral ("Stipulation").

**NOTICE IS FURTHER GIVEN** that the Motion may be supplemented by additional testimony or analysis ("Supplement[s]").  In that event, all parties directly affected by the relief requested in the Motion will receive service copies of the Supplement[s].

**NOTICE IS FURTHER GIVEN** that the Motion and the Stipulation and the Supplement[s] once filed are matters of public record which may be viewed by you or your counsel at the Bankruptcy Court located at 255 E. Temple St., Los Angeles, CA 90012.

**NOTICE IS FURTHER GIVEN** that if you wish to oppose the Motion or the Stipulation, you must do so in a writing which comports with Local Bankruptcy Rule 9013-1.

**NOTICE IS FURTHER GIVEN** that if have any questions about the Motion or the Case, you or your counsel may contact Debtor's counsel (whose contact information is provided in the upper left corner of page 1 of this Notice).

Dated: November 9, 2010          LAW OFFICES OF STEPHEN F. BIEGENZAHN

By:____/s/ *Steve Biegenzahn*_____
　　　STEPHEN F. BIEGENZAHN

NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101.

A true and correct copy of the foregoing document described as: **NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL.**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 8, 2010, I checked the CM/ECF docket for this bankruptcy case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Dare.Law@usdoj.gov   ustpregion16.la.ecf@usdoj.gov   efile@sfblaw.com
Vivian.Bodey@IRSCounsel.Treas.Gov         norlin@luch.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On November 9, 2010,I served the following persons and entities by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of Judge Vincent Zurzolo
United States Bankruptcy Court
225 E. Temple St., Room 1360
Los Angeles, CA 90012

X     Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 4, 2010 I caused the debtor's staff to serve the following persons and entityies by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2010

/s/ *Steve Biegenzahn*

Date            Type Name            Signature

NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL

LAW OFFICES OF STEPHEN F. BIEGENZAHN
611 W. 6th St., Suite 850, Los Angeles, CA 90017-3101
Telephone: (213) 617-0017   Facsimile: (480) 247-5977

Internal Revenue Service
Cincinnati Service Center
Cincinnati, OH 45999-0030

Employment Development Department
Taxpayer Assistance Center
P.O. Box 2068
Rancho Cordova, California 95741-2068

Employment Development Department
P.O Box 826880, MIC 83
Sacramento, California 94280-0001

Annie Ekshian
420 Pembrook Rd.
Pasadena, CA 91107

Ovsanna Ekshian
420 Pembrook Rd.
Pasadena, CA 91107

HCC
601 S. Figueroa St.
Suite 1600
Los Angeles, CA 90017

Hourig Baghdasarian
1100 Diveric Dr.
Pasadena, CA 91107

Darwin Baghdasarian
1100 Diveric Dr.
Pasadena, CA 91107

Jacqueline Sugarman
Lacquer, Urban, Hodge
225 S. Lake St., Suite 200
Pasadena, CA 91101

NOTICE OF HEARING ON DEBTOR'S FOR AUTHORITY TO USE CASH COLLATERAL